**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**TACOMA DIVISION**

In re: D & M PLUMBING, INC. § Case No. 13-41644-MJH
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Brian L. Budsberg, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $11,190.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $12,642.19 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $3,388.57 | | |

　　　　3) Total gross receipts of $16,030.76 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,030.76 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,523.51 | $7,523.51 | $7,523.51 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $3,388.57 | $3,388.57 | $3,388.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $103,054.61 | $107,662.11 | $107,662.11 | $5,118.68 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $318,820.84 | $275,683.15 | $260,052.55 | $0.00 |
| **TOTAL DISBURSEMENTS** | $421,875.45 | $394,257.34 | $378,626.74 | $16,030.76 |

4) This case was originally filed under chapter 7 on 03/14/2013. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/11/2017     By: /s/ Brian L. Budsberg
                             Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

# EXHIBITS TO FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Columbia Bank Checking | 1129-000 | $12,000.00 |
| Accounts Receivable | 1121-000 | $4,030.76 |
| **TOTAL GROSS RECEIPTS** | | **$16,030.76** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8S | Internal Revenue Service | 4300-000 | $0.00 | $7,523.51 | $7,523.51 | $7,523.51 |
| | **TOTAL SECURED** | | **$0.00** | **$7,523.51** | **$7,523.51** | **$7,523.51** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Brian L. Budsberg | 2100-000 | NA | $2,353.08 | $2,353.08 | $2,353.08 |
| Trustee, Expenses - Brian L. Budsberg | 2200-000 | NA | $93.51 | $93.51 | $93.51 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $18.65 | $18.65 | $18.65 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $923.33 | $923.33 | $923.33 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,388.57** | **$3,388.57** | **$3,388.57** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | WA State Department of Labor & Industries | 5800-000 | $2,232.00 | $2,231.90 | $2,231.90 | $106.11 |
| 2P | WA DEPARTMENT OF REVENUEATTN: Bob Palen | 5800-000 | $7,850.61 | $7,850.61 | $7,850.61 | $373.25 |
| 3P | NW Plumbing & Pipefitting Trust FundsMcKenzie Rothwell Barlow & Coughran, P.S | 5800-000 | $0.00 | $36,862.50 | $36,862.50 | $1,752.59 |
| 8P | Internal Revenue Service | 5800-000 | $90,000.00 | $57,744.93 | $57,744.93 | $2,745.42 |
| 10 | WA Employment Security Department | 5800-000 | $2,972.00 | $2,972.17 | $2,972.17 | $141.31 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $103,054.61 | $107,662.11 | $107,662.11 | $5,118.68 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2U | WA DEPARTMENT OF REVENUE | 7100-000 | $2,149.39 | $331.27 | $331.27 | $0.00 |
| 3U | NW Plumbing & Pipefitting Trust FundsMcKenzie Rothwell Barlow & Coughran, P.S | 7100-000 | $0.00 | $37,857.05 | $37,857.05 | $0.00 |
| 4 | Kathryn A. Ellis, Chapter 7 Bankruptcy Trustee | 7100-000 | $154,529.00 | $154,529.00 | $154,529.00 | $0.00 |
| 5 | Keller Supply Co | 7100-000 | $2,647.00 | $2,876.45 | $2,876.45 | $0.00 |
| 6 | NW Cascade Inc. | 7100-000 | $18,328.00 | $18,010.23 | $18,010.23 | $0.00 |
| 7 | CBIC | 7100-000 | $52,329.00 | $4,138.88 | $4,138.88 | $0.00 |
| 8Pen | Internal Revenue Service | 7300-000 | $0.00 | $8,291.88 | $8,291.88 | $0.00 |
| 8U | Internal Revenue Service | 7100-000 | $0.00 | $12,402.85 | $12,402.85 | $0.00 |
| 9 | Rosen Supply Company, Inc. | 7100-000 | $51,663.00 | $21,614.94 | $21,614.94 | $0.00 |
| 11 | Rosen Supply Company, Inc. | 7100-000 | NA | $15,630.60 | $0.00 | $0.00 |
| N/F | Aaberg Tool & Equipment | 7100-000 | $1,257.00 | NA | NA | NA |
| N/F | Andrea Howard | 7100-000 | $3,000.00 | NA | NA | NA |
| N/F | Associated Business Systems | 7100-000 | $183.00 | NA | NA | NA |
| N/F | Bob Taurino Const. | 7100-000 | $1,883.00 | NA | NA | NA |
| N/F | Bryan Doran Levy VonBeck & Assoc. | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | CHI Accts Payable Center | 7100-000 | NA | NA | NA | NA |
| N/F | Capital One VISA | 7100-000 | $1,984.00 | NA | NA | NA |
| N/F | Cornerstone Constructors, LLC | 7100-000 | NA | NA | NA | NA |
| N/F | Dex Media West, Inc. | 7100-000 | $30.45 | NA | NA | NA |
| N/F | Eisenhower & Carlson | 7100-000 | $8,106.00 | NA | NA | NA |
| N/F | Ellsworth Builders, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Federated Insurance | 7100-000 | $2,314.00 | NA | NA | NA |
| N/F | Ferguson Enterprises, Inc. | 7100-000 | $1,848.00 | NA | NA | NA |
| N/F | Hilbers, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Holary Rosary School | 7100-000 | NA | NA | NA | NA |
| N/F | Internal Revenue Service Special Procedures | 7100-000 | NA | NA | NA | NA |
| N/F | MacArthur Co. | 7100-000 | $1,183.00 | NA | NA | NA |
| N/F | Mountain Construction, Inc. | 7100-000 | NA | NA | NA | NA |
| N/F | Ricoh | 7100-000 | $887.00 | NA | NA | NA |
| N/F | Rushforth Construction Co. | 7100-000 | NA | NA | NA | NA |
| N/F | Shell | 7100-000 | $10,115.00 | NA | NA | NA |
| N/F | Stacy Plumbing Supply Co. | 7100-000 | $1,667.00 | NA | NA | NA |
| N/F | Tiny's Tire Factory | 7100-000 | $750.00 | NA | NA | NA |
| N/F | Total Facility | 7100-000 | $75.00 | NA | NA | NA |
| N/F | Transworld Systems, Inc. | 7100-000 | $1,893.00 | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Turner Construction Company | 7100-000 | NA | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$318,820.84** | **$275,683.15** | **$260,052.55** | **$0.00** |

Exhibit 8

## Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case No.: 13-41644-MJH  
Case Name: D & M PLUMBING, INC.  
For Period Ending: 05/11/2017

Trustee Name: (670170) Brian L. Budsberg  
Date Filed (f) or Converted (c): 03/14/2013 (f)  
§ 341(a) Meeting Date: 04/23/2013  
Claims Bar Date: 12/20/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Columbia Bank Checking | 350.00 | 12,000.00 | | 12,000.00 | FA |
| 2 | Accounts Receivable | 66,701.00 | 66,701.00 | | 4,030.76 | FA |
| 3 | 1994 Flat End Trailer | 500.00 | 500.00 | | 0.00 | FA |
| 4 | 1994 Van | 995.00 | 995.00 | | 0.00 | FA |
| 5 | 1994 Van | 995.00 | 995.00 | | 0.00 | FA |
| 6 | Computer, scanner and printer | 500.00 | 500.00 | | 0.00 | FA |
| 7 | Fax/Copier Machine | 300.00 | 300.00 | | 0.00 | FA |
| 8 | Leased Ricoh Copier | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 9 | 2 Man Lifts; scrap value | 400.00 | 400.00 | | 0.00 | FA |
| 10 | Misc. piping, fittings and tools | 5,500.00 | 5,500.00 | OA | 0.00 | FA |
| 10 | **Assets** **Totals** (Excluding unknown values) | **$78,241.00** | **$89,891.00** | | **$16,030.76** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case No.: 13-41644-MJH | Trustee Name: (670170) Brian L. Budsberg |
| Case Name: D & M PLUMBING, INC. | Date Filed (f) or Converted (c): 03/14/2013 (f) |
| | § 341(a) Meeting Date: 04/23/2013 |
| For Period Ending: 05/11/2017 | Claims Bar Date: 12/20/2013 |

**Major Activities Affecting Case Closing:**

2/8/17 (RK) TFR Order Signed; All checks have been signed - ready for TDR once bank statements show a 0 balance.

1/31/17 (KM) Judge Snyder's involvement terminated-- Judge Heston assigned to case

1/20/17 (KM) Mailed TFR Checks

1/13/17 (RK) Filed DNO and Order for Trustee's Final Report.

12/13/16 (RK) Set TFR Hearing for 1/19/17 - Mailed hearing notices through Certificate of Service.com

12/8/16 (KM) TFR needed to be revised per new UST guidelines. Karrie sent in revised TFR to UST. Once we are advised of the reviewer, I will send them bank statements.

10/25/16 (KM) Judge signed Order to abandon property. There are no tax requirements per Rene per Roger Lilley. I sent an EM to Karrie letting her know this is ready for TFR.

9/16/16 (KM) Uploaded Motion to Abandon property-- hearing is set for 10/27-- or I will upload Order and DNO if no objections on 10/21

9/16/16 (RK) Auctioneer did not pick up property prior to the city seizing it. The value was small. The Auctioneer determined between 2K and 2.5K before cost of sale and other associated fees. We have decided to abandon the asset. Kelsey is drafting Motion to Abandon. Roger Lilley has been appointed and I've forwarded him the most recent Forms 1 and 2. Karrie has this on her TFR To Do list.

5/6/16 (KM) Emailed Chad Ehli letting him know he needed to pick up properties-- gave him contact info of debtor and debtors attorney contact info

4/19/16 (KM) need to make auctioneer motion with BLB-- our template is incorrect
Kelsey is working with the Auctioneer for tools/vans - online auction
Trustee preparing a motion to sell the AR rights via BKassets. 1/25/2016

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/30/2013 | **Current Projected Date Of Final Report (TFR):** | 11/16/2016 (Actual) |

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 8
Page: 3

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

**Case No.:** 13-41644-MJH  
**Case Name:** D & M PLUMBING, INC.

**For Period Ending:** 05/11/2017

**Trustee Name:** (670170) Brian L. Budsberg  
**Date Filed (f) or Converted (c):** 03/14/2013 (f)  
**§ 341(a) Meeting Date:** 04/23/2013  
**Claims Bar Date:** 12/20/2013

05/11/2017  
Date

/s/Brian L. Budsberg  
Brian L. Budsberg

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41644-MJH | | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | | Blanket Bond (per case limit): | $64,371,945.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 05/02/2013 | {2} | Sunset Pacific General Contractors, Inc | payment on account | 1121-000 | 136.76 | | 136.76 |
| 05/02/2013 | {1} | D&M Plumbing | cash from bank accounts | 1129-000 | 12,000.00 | | 12,136.76 |
| 05/09/2013 | {2} | Buffets, Inc. | Account receivable payment | 1121-000 | 1,094.00 | | 13,230.76 |
| 05/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.64 | 13,215.12 |
| 06/28/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 17.74 | 13,197.38 |
| 07/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.87 | 13,176.51 |
| 08/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.95 | 13,157.56 |
| 09/30/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.29 | 13,139.27 |
| 10/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.78 | 13,118.49 |
| 11/13/2013 | {2} | Hilger Construction, Inc. | payment to D & M Plumbing | 1121-000 | 2,800.00 | | 15,918.49 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.48 | 15,899.01 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 25.15 | 15,873.86 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41644-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 23.59 | 15,850.27 |
| 02/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 21.27 | 15,829.00 |
| 03/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 22.00 | 15,807.00 |
| 04/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 24.25 | 15,782.75 |
| 05/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 22.70 | 15,760.05 |
| 06/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 21.91 | 15,738.14 |
| 07/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 24.90 | 15,713.24 |
| 08/29/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 21.84 | 15,691.40 |
| 09/30/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 24.07 | 15,667.33 |
| 10/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 23.28 | 15,644.05 |
| 11/28/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 20.25 | 15,623.80 |
| 12/31/2014 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 25.46 | 15,598.34 |
| 01/30/2015 |  | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 |  | 22.43 | 15,575.91 |

{} Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 3

| Case No.: | 13-41644-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.90 | 15,555.01 |
| 03/18/2015 | 101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/18/2015 FOR CASE #13-41644, REGION 18; BOND NO. 016027975; TERM 4/4/2015 TO 4/4/2016 | 2300-000 | | 11.18 | 15,543.83 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.85 | 15,519.98 |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.32 | 15,497.66 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.54 | 15,476.12 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.74 | 15,452.38 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.96 | 15,429.42 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.45 | 15,407.97 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.64 | 15,384.33 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.12 | 15,362.21 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.35 | 15,340.86 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41644-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.27 | 15,316.59 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.23 | 15,295.36 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.20 | 15,274.16 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 24.10 | 15,250.06 |
| 04/21/2016 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/31/2016 FOR CASE #13-41644, 2016 Bond premium (4/1/16-3/31/17) | 2300-000 | | 7.47 | 15,242.59 |
| 04/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.14 | 15,221.45 |
| 05/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.10 | 15,200.35 |
| 06/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.98 | 15,176.37 |
| 07/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.04 | 15,155.33 |
| 08/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 23.91 | 15,131.42 |
| 09/30/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 21.70 | 15,109.72 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41644-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 20.94 | 15,088.78 |
| 01/19/2017 | 103 | Internal Revenue Service | Combined dividend payments for Claim #8S, 8P | | | 10,268.93 | 4,819.85 |
| | | | Claims Distribution - Wed, 12-07-2016         $7,523.51 | 4300-000 | | | 4,819.85 |
| | | | Claims Distribution - Wed, 12-07-2016         $2,745.42 | 5800-000 | | | 4,819.85 |
| 01/19/2017 | 104 | Brian L. Budsberg | Combined dividend payments for Claim #FEE, TE | | | 2,446.59 | 2,373.26 |
| | | | Claims Distribution - Wed, 12-07-2016         $2,353.08 | 2100-000 | | | 2,373.26 |
| | | | Claims Distribution - Wed, 12-07-2016         $93.51 | 2200-000 | | | 2,373.26 |
| 01/19/2017 | 105 | WA State Department of Labor & Industries | Distribution payment - Dividend paid at 4.75% of $2,231.90; Claim # 1; Filed: $2,231.90 | 5800-000 | | 106.11 | 2,267.15 |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)                                              ! - transaction has not been cleared

Exhibit 9  
Page: 6

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-41644-MJH | Trustee Name: | Brian L. Budsberg (670170) |
|---|---|---|---|
| Case Name: | D & M PLUMBING, INC. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***1613 | Account #: | ******6266 Checking Account |
| For Period Ending: | 05/11/2017 | Blanket Bond (per case limit): | $64,371,945.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/19/2017 | 106 | WA DEPARTMENT OF REVENUE ATTN: Bob Palen | Distribution payment - Dividend paid at 4.75% of $7,850.61; Claim # 2P; Filed: $7,850.61 | 5800-000 | | 373.25 | 1,893.90 |
| 01/19/2017 | 107 | NW Plumbing & Pipefitting Trust Funds McKenzie Rothwell Barlow & Coughran, P.S | Distribution payment - Dividend paid at 4.75% of $36,862.50; Claim # 3P; Filed: $36,862.50 | 5800-000 | | 1,752.59 | 141.31 |
| 01/19/2017 | 108 | WA Employment Security Department | Distribution payment - Dividend paid at 4.75% of $2,972.17; Claim # 10; Filed: $2,972.17 | 5800-000 | | 141.31 | 0.00 |
| | | | COLUMN TOTALS | | 16,030.76 | 16,030.76 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 16,030.76 | 16,030.76 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $16,030.76 | $16,030.76 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 7

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 13-41644-MJH |
| **Case Name:** | D & M PLUMBING, INC. |
| **Taxpayer ID #:** | **-***1613 |
| **For Period Ending:** | 05/11/2017 |

| | |
|---|---|
| **Trustee Name:** | Brian L. Budsberg (670170) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******6266 Checking Account |
| **Blanket Bond (per case limit):** | $64,371,945.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $16,030.76 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $16,030.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******6266 Checking Account | $16,030.76 | $16,030.76 | $0.00 |
| | **$16,030.76** | **$16,030.76** | **$0.00** |

**05/11/2017**
Date

/s/Brian L. Budsberg
**Brian L. Budsberg**

UST Form 101-7-TDR (10 /1/2010)